cacy et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 99–864. ACKERMAN ET AL. *v.* COCA-COLA ENTERPRISES, INC. C. A. 10th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 99–878. CRAWFORD ET UX. *v.* SIGNET BANK ET AL. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 99–7425. WALKER *v.* CLINTON, PRESIDENT OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Certiorari before judgment denied.

No. 99–7701 (99A555). HUGHES *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

No. 98–9450. FRANKLIN *v.* GOODWIN, WARDEN, ET AL., *ante,* p. 835;

No. 98–9925. BEY ET AL. *v.* CITY OF NEW YORK DEPARTMENT OF CORRECTION ET AL., *ante,* p. 860;

No. 99–5518. JOHNSON *v.* UNITED STATES, *ante,* p. 909;

No. 99–5833. SPEARS *v.* MARSH ET AL., *ante,* p. 955;

No. 99–5864. GUANIPA *v.* UNITED STATES, *ante,* p. 919;

No. 99–6037. LEE *v.* GEORGIA, *ante,* p. 1006;

No. 99–6125. ZUKER *v.* ANDREWS, *ante,* p. 1048;

No. 99–6453. WESSINGER *v.* LOUISIANA, *ante,* p. 1050;

No. 99–6490. CEGLAREK *v.* JOHN CRANE, INC., *ante,* p. 1051; and

No. 99–6640. LINEBERGER *v.* UNITED STATES, *ante,* p. 1028. Petitions for rehearing denied.

No. 98–9583. WELCH *v.* LAMBERT, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY, *ante,* p. 840. Motion for leave to file petition for rehearing denied.